**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| GILBERTO DELGADO,<br>　　"Plaintiff," | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 1:25-cv-00029 |
| KRISTI NOEM, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>　　"Defendants." | §<br>§<br>§<br>§<br>§ | |

## ORDER

　　Before the Court is Plaintiff's "Unopposed Motion to Dismiss Complaint Without Prejudice" (Dkt. No. 14). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims against Defendants are **DISMISSED without prejudice**. "Defendants' Motion to Dismiss" (Dkt. No. 11) is accordingly **DENIED** as moot. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is hereby **ORDERED** to close this case.

Signed on  July 14, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Rolando Olvera
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge